THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* HARRY GREBEN, Appellant.

(Argued October 14, 1935; decided November 19, 1935.)

*Melvin Greene* for appellant.

*Walter C. Newcomb, District Attorney* (*David F. Doyle* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.